NO.  PD-0594-15

IN  THE

COURT  OF  CRIMINAL  APPEALS

AUSTIN,  TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

EDWARD  GUZMAN,
PETITIONER,

V.

THE  STATE  OF  TEXAS,
RESPONDENT.

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

From Appeal No. 03-13-00131-CR
Trial Court Case No. CR-12-0006
Hays County,  Texas

MOTION  FOR  SUSPENSION  OF  RULE  9.3,  T.R.A.P.

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Edward Guzman, "Petitioner," pro se and respectfully requests this Honorable Court to acknowledge Rule 2 of the Texas Rules of Appellate Procedure, and use its authority under this provision to suspend, in this matter, operation of Tex.R.App.Proc. 9.3. In support of this Motion, Petitioner would show the Court the following:

I.

Petitioner, as an inmate in the Texas Department of Criminal Justice, does not have access to a copy machine or computer from which to reproduce the multiple copies of pleadings required by Rule 9.3, supra. See Tex.R.App.P. 20, et seq.

PRAYER:

WHEREFORE, PREMISES CONSIDERED, Petitioner prays this Honorable Court will GRANT this Motion and suspend the operation of Rule 9.3 of the Texas Rules of Appellate Procedure.

I, Edward Guzman, TDCJ # 1845822, being presently incarcerated in the French M. Robertson Unit of the Texas Department of Criminal Justice, in Jones County, Texas; do hereby verify and declare under penalty of perjury that ALL statements and other references made within this MOTION are both true and correct, as well as offered in good faith.

[Tex.Civ.Prac.& Rem.Code § 132.001-003 et seq./Title 28 U.S.C. § 1746]
(A signed/dated copy of this MOTION shall have the same validity as its original)

**SIGNED AND EXECUTED on this the 8th day of August, 2015.**

RESPECTFULLY SUBMITTED,

/s/ _____

Petitioner, Pro Se

Edward Guzman # 1845822
French M. Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601
(325) 548-9035

## CERTIFICATE OF SERVICE:

The above signer hereby certifies that a true and correct copy of the foregoing MOTION FOR SUSPENSION OF RULE 9.3, T.R.A.P. has been forwarded to ALL parties, via 1st Class U.S. Mail, Postage Pre-Paid, placed in the outgoing prison mailbox on this the **8th day of August, 2015**; addressed to:

* Abel Acosta, Clerk
  Court of Criminal Appeals
  P.O. Box 12308
  Capitol Station
  Austin, Texas 78711

* Sherri Tibbe
  Hays County District Attorney
  712 South Stagecoach Trail
  San Marcos, Texas 78666

* State Prosecuting Attorney
  P.O. Box 12405
  Austin, Texas 78711

EG/awr-File